AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

EDUARDO ALEJANDRO SOLIS )
_____ )
*Petitioner* )
)
v. ) Case No. _____
) *(Supplied by Clerk of Court)*
Warden FPC La Tuna CAMP )
_____ ) EP 24 CV 0018
*Respondent* )
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Eduardo Alejandro SOlis
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution: FPC La Tuna
    (b) Address: Anthony, TX

    (c) Your identification number: 84781-509
3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: W.D. of Texas
    _____ El Paso
    (b) Docket number of criminal case: EP:22-CR-00227-KC-1
    (c) Date of sentencing: 2-06-2023
    ☐ Being held on an immigration charge
    ☒ Other *(explain)*: 21/841(a)(1) & 841(B)(1)(A)(VI)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:    BOP La Tuna

   (b) Docket number, case number, or opinion number:    As above
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes      ☒ No

   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court:    Determination of Law as to interpetation requires Judicial Powers (ART. III)

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

Page 3 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

BOP has instituted 'offense" Code 422 which categorizes the
841(a)(1) offender the same as any 960 offender (importation)

8. **Second appeal**   BOP is unable to correct its own policy without aide.
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes          ☐ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:   As Above

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

Art. III judicial powers necessary when 4th Amendment rights
(affecting liberty interest) are being abrogated by BOP.

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☒ No           as above
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

BOP is unable to correct it's error, as it is from DC offices. ~~Attorney General is directing this illegally.~~

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No    N/A

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No    N/A

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

Page 5 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

———————————— N/A ————————————

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

———————————— N/A ————————————

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____ N/A _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes     ☐ No     N/A

If "Yes," provide:
    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Petitioner is not being afforded FSA benefits due to CODE 422 labeling him as a "Domestic Terrorist" in error.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Under Code 422, the BOP has labeled Petitioner as "Domestic Terrorist" without actually wording it openly. In so doing, the Petitioner is denied FSA benefits as "terrorist" has violent implications.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No
N/A

**GROUND TWO:** Equal Protection Clause Violation

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
While Petitioner is provided access to a Camp (non violent only) he is denied FSA benefits due to improper 'violent' implications. This is caused internally by BOP Code 422, associating Petitioner with "Importing" of Fentanyl [Petitioner did NOT import]

Border security allowed for Fentanyl to be passed thru. This is not Petitioner's fault, but the Governenent itself.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** 4th Amendment 8th Amendment violations

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
By denying the Petitioner his earlier release credits (FSA) his freedom and liberty interests are being violated.

Congress did NOT provide for Code 422 in the statute at large governing Petitioner, and Petitioner was never charged with Importation violation. He was charged 841(a)(1).

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No    N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Petitioner askthis court to ORDER Respondent to apply his FSA benefits, as he is NOT a violent offender, as evidenced by his existence at a Camp facility.

## Request for Relief

15. State exactly what you want the court to do: ORDER Respondent to Apply FSA credits to expedite his release from BOP. custody as Congressional acts. mitgate.

*[Signature]*
1-09-24

Eduardo A. Solis #84781-509
Federal Prison Camp La Tuna
Post office Box 8000
Anthony, New Mexico 88021

◇84781-509◇
Us District Court
Room, 105
525 Magoffin Avenue, Room 105
EL PASO, TX 79901
United States